UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PALMER, DANIEL F | § | Case No. 08-33874 |
| PALMER, DEBRA L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $             , for a total compensation of $          $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $           , for total expenses of $          $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 08-33874 | ABG | Judge: A. BENJAMIN GOLDGAR | | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|---|---|

Case Name:    PALMER, DANIEL F                 Date Filed (f) or Converted (c):   12/11/08 (f)
              PALMER, DEBRA L                  341(a) Meeting Date:   01/23/09
For Period Ending:  03/14/11                   Claims Bar Date:   04/09/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petitioners own real estate residence located at 2 | 500,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Petitioners own real estate property located at 18 | 700,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking at Barrington Bank & Trust | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Checking at Harris Bank | 1,600.00 | 0.00 | | 0.00 | 0.00 |
| 5. Security deposit with Com Ed | 250.00 | 0.00 | | 0.00 | 0.00 |
| 6. Eight rooms household furniture, furnishings and s | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | 0.00 |
| 8. Borrowered against cash value of Thrivent Financia | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. Borrowered against remaining value of 401 K | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2002 GMAC Yukon Denali (100,700 miles) (recently r | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2002 Audi A6 (86,000 miles) | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. 1996 Ford Crown Victoria (157,000 miles) | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. INCOME TAX REFUND (u) | 0.00 | 15,000.00 | | 15,945.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.77 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,235,450.00 | $15,000.00 | | $15,953.77 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO COLLECT INCOME TAX REFUND.  TRUSTEE HAS RECEIVED THE DEBTOR'S INCOME TAX REFUND.

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 03/31/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-33874 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PALMER, DANIEL F | | Bank Name: | BANK OF AMERICA, N.A. |
| | PALMER, DEBRA L | | Account Number / CD #: | *******0944 BofA - Money Market Account |
| Taxpayer ID No: | *******2642 | | | |
| For Period Ending: | 03/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/09 | 13 | Daniel & Debra Palmer | Income tax refund | 1224-000 | 15,945.00 | | 15,945.00 |
| | | | Income tax | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 15,945.24 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,945.64 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,946.04 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,946.45 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,946.86 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,947.25 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,947.65 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,948.05 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,948.46 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,948.86 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,949.23 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 18.96 | 15,930.27 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,930.68 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,931.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,931.47 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,931.87 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,932.27 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,932.68 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,933.07 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,933.47 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,933.87 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,934.28 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,934.69 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,934.81 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 08-33874  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PALMER, DANIEL F | | Bank Name: | BANK OF AMERICA, N.A. |
| | PALMER, DEBRA L | | Account Number / CD #: | *******0944  BofA - Money Market Account |
| Taxpayer ID No: | *******2642 | | | |
| For Period Ending: | 03/14/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Account  *******0944 | Balance Forward | 0.00 | | |
| 1 | Deposits | 15,945.00 | 1  Checks | 18.96 |
| 23 | Interest Postings | 8.77 | 0  Adjustments Out | 0.00 |
| | | | 0  Transfers Out | 0.00 |
| | Subtotal | $    15,953.77 | | |
| | | | Total | $    18.96 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $    15,953.77 | | |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 08-33874 | | Page 1 | | | Date: March 14, 2011 |
| Debtor Name: | PALMER, DANIEL F | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $1,560.00 | $0.00 | $1,560.00 |
| 000001<br>070<br>7100-00 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Svcs<br>PO BOx 5126<br>Timonium MD 21094 | Unsecured | | $167.01 | $0.00 | $167.01 |
| 000002<br>070<br>7100-00 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $1,088.42 | $0.00 | $1,088.42 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $65,142.21 | $0.00 | $65,142.21 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $660.64 | $0.00 | $660.64 |
| 000005<br>070<br>7100-00 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $399.76 | $0.00 | $399.76 |
| | Case Totals: | | | $69,018.04 | $0.00 | $69,018.04 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-33874
Case Name: PALMER, DANIEL F
            PALMER, DEBRA L
Trustee Name: JOSEPH E. COHEN

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro_ _rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA c/o RMS Bankruptcy Recovery Svcs PO BOx 5126 Timonium MD 21094 | $ | $ | $ |
| 000002 | ComEd Company Attn Revenue Management Dept 2100 Swift Drive Oak Brook IL 60523 | $ | $ | $ |
| 000003 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | $ | $ | $ |
| 000005 | GE Money Bank dba OLD NAVY Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE