UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                §
                                      §
PALMER, DANIEL F                      §    Case No. 08-33874
PALMER, DEBRA L                       §
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/29/2011 in Courtroom B,
                  Park City Branch Court
                  301 Greenleaf Avenue
                  Park City, IL 60089
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: _____
                                                 Clerk, U. S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
PALMER, DANIEL F § Case No. 08-33874
PALMER, DEBRA L §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,953.77 |
| and approved disbursements of | $ | 18.96 |
| leaving a balance on hand of[1] | $ | 15,934.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,345.38 | $ 0.00 | $ 2,345.38 |
| Trustee Expenses: JOSEPH E. COHEN | $ 33.76 | $ 0.00 | $ 33.76 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,560.00 | $ 0.00 | $ 1,560.00 |

Total to be paid for chapter 7 administrative expenses    $    3,939.14
Remaining Balance    $    11,995.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,458.04  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Svcs<br>PO BOx 5126<br>Timonium MD 21094 | $ 167.01 | $ 0.00 | $ 29.70 |
| 000002 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | $ 1,088.42 | $ 0.00 | $ 193.55 |
| 000003 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ 65,142.21 | $ 0.00 | $ 11,583.86 |
| 000004 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 660.64 | $ 0.00 | $ 117.48 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 399.76 | $ 0.00 | $ 71.08 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,995.67 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                           Case No. 08-33874-ABG
Daniel F Palmer                                                  Chapter 7
Debra L Palmer
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: rmarola                Page 1 of 2                  Date Rcvd: Apr 05, 2011
                               Form ID: pdf006              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2011.
db/jdb       +Daniel F Palmer,   Debra L Palmer,   21174 N Woodland Ave,   Barrington, IL 60010-2934
aty          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty          +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Stephen J Costello,   Costello & Costello,   19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
aty          +Yan Teytelman,   Cohen & Krol,   105 West Madison St.,   Suite 1100,   Chicago, IL 60602-4600
tr           +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
13640030     +Advocate Good Shepherd Hospital,   PO Bo 70014,   Chicago IL 60673-0014
13640029      Advocate Good Shepherd Hospital,   c/o Harris & Harris,   PO Box 5598,   Chicago IL 60680-5598
13640031      American Express,   c/o Nationwide Credit Inc,   PO Box 740640,   Atlanta GA 30374-0640
12951639      American Express,   c/o United Recovery System,   P O Box 722929,   Houston, TX 77272-2929
12951638      American Express,   P O Box 0001,   Los Angeles, Ca 90096-0001
14987227      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
13640025     +Arrow Financial/GEMoney Bank,   c/o National Enterprise System,   29125 Solon Road,
               Solon OH 44139-3442
12951641     +Barrington Bank & Trust,   201 S Hough Street,   Barrington, Il 60010-4364
12951643      Beneficial Finance,   P O Box 17574,   Baltimore, Md 21297-1574
12951642      Beneficial Finance,   6300A Northwest Hwy,   Crystal Lake, Il. 60014
12951644     +Capital One Bank,   P O Box 6492,   Carol Stream, Il 60197-6492
15088571     +Chase Bank USA, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
12951646      Citi Financial Services,   P O Box 6931,   The Lakes, Nv 88901-6931
12951645     +Citi Financial Services,   1338 N Roselle Rd,   Schaumburg, Il 60195-3646
12951647      Citizens Bank,   Automobile Finances,   P O Box 42002,   Providence, RI 02940-2002
13640028      DS Waters of North America,   c/o Collection Bureau,   PO Box 5013,   Hayward CA 94540-5013
13640026      Derick Dermatology,   PO Box 6007,   AMF O'Hara IL 60666-0007
13640027     +Drs Wrighrt & Steltenpohl,   527 Old Northwest Hwy #104,   Barrington IL 60010-6807
12951650     +Fairhaven Water Co.,   PO Box 9,   Lake Ozark, Mo. 65049-0009
12951651     +GMAC Mortgage,   3451 Hammond Ave.,   Waterloo, Ia 50702-5300
13640032      Hinkley Springs,   PO Box 660579,   Dallas TX 75266-0579
12951654      National City Mortgage,   P O Box 1820,   Dayton, Oh 45401-1820
12951653     +National City Mortgage,   c/o Heavner,Scott et al,   111 E Main St-#200,   Decatur, IL 62523-1339
13640034      Quest Diagnostics,   PO Box 64804,   Balitmore MD 21264-4804
12951659     +Specialized Loan Servicing,   Costal Federal Credit Un.),   8742 Lucent Blvd.,#300,
               Littleton, CO 80129-2386
13640035     +Wellness From the InsideOut,   765 Ela Rd #105,   Lake Zurich IL 60047-2339
12951661      Wells Fargo Financial,   P O Box 5943,   Sioux Falls, S D 57117-5943
13074834     +Yellow Book USA,   c/o RMS Bankruptcy Recovery Svcs,   PO BOx 5126,   Timonium MD 21094-5126
12951662     +Yellow Book USA,   Yellow Book West,   PO Box 660052,   Dallas, TX 75266-0052
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12951640      E-mail/Text: vci.bkcy@vwcredit.com Apr 05 2011 23:23:44     Audi Financial Services,
               P O Box 17497,   Baltimore, Md 21297-1497
12951648      E-mail/Text: legalcollections@comed.com Apr 05 2011 23:24:14     Com Ed,   Bill Payment Center,
               Chicago, Il. 60668-0001
13720842     +E-mail/Text: legalcollections@comed.com Apr 05 2011 23:24:14     ComEd Company,
               Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
15313904     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     GE Money Bank dba OLD NAVY,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12951652      E-mail/PDF: cr-bankruptcy@kohls.com Apr 06 2011 00:01:40     Kohl's,   P O Box 2983,
               Milwaukee, Wi 53201-2983
12951656      E-mail/Text: bankrup@nicor.com Apr 05 2011 23:23:01     Nicor Gas,   P O Box 2020,
               Aurora, Il 60507-2020
12951655      E-mail/Text: bankrup@nicor.com Apr 05 2011 23:23:00     Nicor Gas,   P O Box 0632,
               Aurora, Il 60507-0632
12951657      E-mail/Text: bnc@nordstrom.com Apr 05 2011 23:23:23     Nordstrom,   PO Box 79134,
               Phoenix, Az 85062-9134
13640033      E-mail/Text: bnc@nordstrom.com Apr 05 2011 23:23:23     Nordstrom,   PO Box 6566,
               Englewood CA 80155-6566
12951658     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     Old Navy/GE Money,   PO Box 530942,
               Atlanta, Ga 30353-0942
12951660      E-mail/Text: vci.bkcy@vwcredit.com Apr 05 2011 23:23:44     VW Credit, Inc.,   PO Box 7532,
               Libertyville, Il 60048-7532
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12951649*        Com Ed,   Bill Payment Center,   Chicago, Il. 60668-0002
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: rmarola              Page 2 of 2              Date Rcvd: Apr 05, 2011
                              Form ID: pdf006            Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**                        **Signature:**    *Joseph Speetjens*