UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| PALMER, DANIEL F | § | Case No. 08-33874 |
| PALMER, DEBRA L | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Audi Financial Services P O Box 17497 Baltimore, Md 21297-1497 |  |  |  |  |  |
|  | Barrington Bank & Trust 201 S Hough Street Barrington, Il. 60010 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage 3451 Hammond Ave. Waterloo, Ia 50702 | | | | | |
| | National City Mortgage P O Box 1820 Dayton, Oh 45401-1820 | | | | | |
| | National City Mortgage c/o Heavner,Scott et al 111 E Main St-#200 Decatur, IL 62525 | | | | | |
| | Specialized Loan Servicing (Costal Federal Credit Un.) 8742 Lucent Blvd.,#300 Littleton, CO 80129 | | | | | |
| | VW Credit, Inc. PO Box 7532 Libertyville, Il 60048-7532 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o United Recovery System P O Box 722929 Houston, TX 77272-2929 | | | | | |
| | Beneficial Finance 6300A Northwest Hwy Crystal Lake, Il. 60014 | | | | | |
| | Beneficial Finance P O Box 17574 Baltimore, Md 21297-1574 | | | | | |
| | Capital One Bank P O Box 6492 Carol Stream, Il. 60197 | | | | | |
| | Citi Financial Services 1338 N Roselle Rd Schaumburg, Il. 60193-3646 | | | | | |
| | Citi Financial Services P O Box 6931 The Lakes, Nv 88901-6931 | | | | | |
| | Citizens Bank Automobile Finances P O Box 42002 Providence, RI 02940-2002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed Bill Payment Center Chicago, Il. 60668-0001 | | | | | |
| | Fairhaven Water Co. PO Box 9 Lake Ozark, Mo. | | | | | |
| | Kohl's P O Box 2983 Milwaukee, Wi 53201-2983 | | | | | |
| | Nicor Gas P O Box 0632 Aurora, Il 60507-0632 | | | | | |
| | Nicor Gas P O Box 2020 Aurora, Il 60507-2020 | | | | | |
| | Nordstrom PO Box 79134 Phoenix, Az 85062-9134 | | | | | |
| | Wells Fargo Financial P O Box 5943 Sioux Falls, S D 57117-5943 | | | | | |
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000002 | COMED COMPANY | | | | | |
| 000005 | GE MONEY BANK DBA OLD NAVY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | YELLOW BOOK USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-33874 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | PALMER, DANIEL F | | | | Date Filed (f) or Converted (c): | 12/11/08 (f) |
| | PALMER, DEBRA L | | | | 341(a) Meeting Date: | 01/23/09 |
| For Period Ending: | 10/12/11 | | | | Claims Bar Date: | 04/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petitioners own real estate residence located at 2 | 500,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Petitioners own real estate property located at 18 | 700,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking at Barrington Bank & Trust | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Checking at Harris Bank | 1,600.00 | 0.00 | | 0.00 | 0.00 |
| 5. Security deposit with Com Ed | 250.00 | 0.00 | | 0.00 | 0.00 |
| 6. Eight rooms household furniture, furnishings and s | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | 0.00 |
| 8. Borrowered against cash value of Thrivent Financia | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. Borrowered against remaining value of 401 K | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2002 GMAC Yukon Denali (100,700 miles) (recently r | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2002 Audi A6 (86,000 miles) | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. 1996 Ford Crown Victoria (157,000 miles) | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. INCOME TAX REFUND (u) | 0.00 | 15,000.00 | | 15,945.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.06 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,235,450.00 | $15,000.00 | | $15,954.06 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO COLLECT INCOME TAX REFUND. TRUSTEE HAS RECEIVED THE DEBTOR'S INCOME TAX REFUND.

Initial Projected Date of Final Report (TFR): 12/31/10   Current Projected Date of Final Report (TFR): 03/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.02b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-33874 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | PALMER, DANIEL F | | Bank Name: | BANK OF AMERICA, N.A. |
| | PALMER, DEBRA L | | Account Number / CD #: | *******0944 BofA - Money Market Account |
| Taxpayer ID No: | *******2642 | | | |
| For Period Ending: | 10/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/09 | 13 | Daniel & Debra Palmer | Income tax refund | 1224-000 | 15,945.00 | | 15,945.00 |
| | | | Income tax | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 15,945.24 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,945.64 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,946.04 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,946.45 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,946.86 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,947.25 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,947.65 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,948.05 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,948.46 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,948.86 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,949.23 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 18.96 | 15,930.27 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,930.68 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,931.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,931.47 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,931.87 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,932.27 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,932.68 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,933.07 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,933.47 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,933.87 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,934.28 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 15,934.69 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,934.81 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.80 | 15,927.01 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,927.15 |

Page Subtotals 15,953.91 26.76

Ver: 16.02b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-33874 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PALMER, DANIEL F | | Bank Name: | BANK OF AMERICA, N.A. |
| | PALMER, DEBRA L | | Account Number / CD #: | *******0944  BofA - Money Market Account |
| Taxpayer ID No: | *******2642 | | | |
| For Period Ending: | 10/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,927.28 |
| 05/04/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 15,927.30 |
| 05/04/11 | | Transfer to Acct #*******1812 | Final Posting Transfer | 9999-000 | | 15,927.30 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 15,954.06 | 15,954.06 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 15,927.30 | |
| Subtotal | | 15,954.06 | 26.76 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 15,954.06 | 26.76 | |

Page Subtotals     0.15     15,927.30

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33874 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PALMER, DANIEL F | Bank Name: | BANK OF AMERICA, N.A. |
| | PALMER, DEBRA L | Account Number / CD #: | *******1812  BofA - Checking Account |
| Taxpayer ID No: | *******2642 | | |
| For Period Ending: | 10/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/11 | | Transfer from Acct #*******0944 | Transfer In From MMA Account | 9999-000 | 15,927.30 | | 15,927.30 |
| 05/05/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,345.38 | 13,581.92 |
| 05/05/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 33.76 | 13,548.16 |
| 05/05/11 | 003003 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 1,040.00 | 12,508.16 |
| 05/05/11 | 003004 | Joseph E. Cohen | Attorney fees per court order | 3110-000 | | 520.00 | 11,988.16 |
| 05/05/11 | 003005 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Svcs<br>PO BOx 5126<br>Timonium MD 21094 | Claim 000001, Payment 17.77139% | 7100-000 | | 29.68 | 11,958.48 |
| 05/05/11 | 003006 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Claim 000002, Payment 17.77163% | 7100-000 | | 193.43 | 11,765.05 |
| 05/05/11 | 003007 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 17.77129%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 11,576.61 | 188.44 |
| 05/05/11 | 003008 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000004, Payment 17.77065% | 7100-000 | | 117.40 | 71.04 |
| 05/05/11 | 003009 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120 | Claim 000005, Payment 17.77066% | 7100-000 | | 71.04 | 0.00 |
| | | | Page Subtotals | | 15,927.30 | 15,927.30 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-33874 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | PALMER, DANIEL F | | Bank Name: | BANK OF AMERICA, N.A. |
| | PALMER, DEBRA L | | Account Number / CD #: | *******1812 BofA - Checking Account |
| Taxpayer ID No: | *******2642 | | | |
| For Period Ending: | 10/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131 | | | | | |

|  |  |  | COLUMN TOTALS | 15,927.30 | 15,927.30 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | Less: Bank Transfers/CD's | 15,927.30 | 0.00 | |
|  |  |  | Subtotal | 0.00 | 15,927.30 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  | Net | 0.00 | 15,927.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0944 | 15,954.06 | 26.76 | 0.00 |
| BofA - Checking Account - ********1812 | 0.00 | 15,927.30 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,954.06 | 15,954.06 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*